UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-CV-61442-COHN/SELTZER

JOHN D. BRYANT,

    Plaintiff,

vs.

ENCORE RECEIVABLE MANAGEMENT, INC.,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice [DE 18]. The Court being informed that the parties have settled all claims in this action, it is **ORDERED AND ADJUDGED** that the parties' Stipulation for Dismissal with Prejudice [DE 18] is hereby **GRANTED**. The above-styled action is therefore **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney's fees, except as otherwise agreed by the parties. The Clerk may close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of February, 2010.

_JAMES I. COHN_
United States District Judge

copies to:

counsel of record as listed on CM/ECF